**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GUERDY JULES,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; et al.,

Respondents.

Case No.: 3:26-cv-05635-BTM-DDL

**ORDER REQUIRING SUPPLEMENTAL RESPONSE**

The Court's order to show cause stated that the "Respondents shall state in their response whether the Petitioner will be a danger to the community if released." (ECF No. 2, at 2.) The Government's response brief does not address this requirement. Thus, the Government is **ORDERED** to file a supplemental brief as expeditiously as possible but no later than October 26, 2026, at 12 p.m. stating whether the Petitioner will be a danger to the community if released. The Petitioner's deadline to file a reply brief or submission notice no later than October 23, 2026, remains unchanged. (*See* ECF No. 2, at 2.)

**IT IS SO ORDERED.**

Dated: October 23, 2026

Honorable Barry Ted Moskowitz
United States District Judge